**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-1076**

PATRICIA T. PATTERSON,

            Plaintiff – Appellant,

        v.

DAVID BENSON; LUTHER ELROD; THOMAS POPE; JACK LEADER; HAROLD
STALEY,

            Defendants – Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.   Margaret B. Seymour, District
Judge.  (0:09-cv-02478-MBS)

Submitted:  June 1, 2010                Decided:  June 7, 2010

Before GREGORY, SHEDD, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Patricia T. Patterson, Appellant Pro Se.  Leslie Arlen Cotter,
Jr., Whitney Allison Smith, Mason Abram Summers, RICHARDSON,
PLOWDEN & ROBINSON, PA, Columbia, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Patricia T. Patterson appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on her 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Patterson v. Benson, No. 0:09-cv-02478-MBS (D.S.C. Dec. 18, 2009). Additionally, we deny Patterson's motion for default judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED